United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America *ex rel.* Rosa Gomez, Plaintiff<br><br>v.<br><br>Florida Pain Medicine Associates, Inc. Defendant | )<br>)<br>)<br>) Civil Action No. 13-80856-Civ-Scola<br>) **SEALED ORDER**<br>)<br>)<br>) |

### Sixth and FINAL Sealed Order Extending Seal Deadline

    THIS CAUSE is before the Court upon the United States' Motion for Extension of the Seal and Time in Which to Decide Whether to Intervene and Incorporated Memorandum of Law, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), filed under seal at docket entry number 17. This is the United States's sixth request for an extension of the seal—the United States intervened in this case on October 28, 2013 and thus has had nearly two years to investigate this matter. In the Court's last order extending the seal (ECF No. 15), the Court warned the United States that it would grant no further extensions. The current Motion does not address the Court's concerns raised in that order. The current Motion also is a near exact duplicate of the previous Motion for an Extension of Time (ECF No. 14), and the purported good cause provided parrots the rhetoric contained in the previous Motion.

    The Court **grants in part** the United States' Motion for Extension. The United States shall have until **August 28, 2015**, to determine whether or not to intervene in this action, and during which time the Complaint and other filings in this case shall remain under seal. **THE COURT WILL GRANT NO FURTHER EXTENSIONS AND THE SEAL SHALL EXPIRE ON AUGUST 28, 2015**.

    **Done and Ordered** in chambers at Miami, Florida on August 11, 2015.

Robert N. Scola, Jr.
United States District Judge