United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America *ex rel.* Rosa Gomez, Plaintiff<br><br>v.<br><br>Florida Pain Medicine Associates, Inc. Defendant | Civil Action No. 13-80856-Civ-Scola |

## Order Lifting Stay

This matter is before the Court on an independent review of the record. The United States intervened in this case on October 28, 2013 and filed an Extension of the Seal and Time in Which to Decide Whether to Intervene and Incorporated Memorandum of Law, under the False Claims Act, 31 U.S.C. § 3730(b)(3), (ECF No. 8) which the Court granted.  (ECF No. 9.)  On May 14, 2015, the Court stayed the case during the pendency of the seal.  (ECF No. 16.)  The Court granted six motions for extension of the seal and time to allow the United States time to determine whether to intervene in the action. The sixth and final order extended the seal until August 28, 2015. (ECF No. 17.)  The United States has not taken any action since the Court's final order extending the seal.  Thus, the Court directs the clerk to remove the seal and lift the stay of the case.

**Done and Ordered** at Miami, Florida on September 10, 2015.

_____
Robert N. Scola, Jr.
United States District Judge