UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-80856-CIV-SCOLA/Otazo-Reyes

UNITED STATES OF AMERICA, ex rel.
ROSA GOMEZ,

                      Plaintiff,
v.

FLORIDA PAIN MEDICINE ASSOCIATES,
INC., a Florida corporation; DR. BART GATZ,
individually; DR. ALEXIS RENTA, individually;
and DR. ALBERT I. RODRIGUEZ, individually.

                      Defendants.
_____/

## STATUS REPORT ON SETTLEMENT

Relator Rosa Gomez hereby updates the Court as to the status of the impending settlement of this case.  The Court had previously ordered the undersigned to file a Motion for Entry of Clerk's Default or a Notice of Voluntary Dismissal by February 24, 2016. [D.E. 40].   The Court has twice extended this deadline due to the impending settlement of this case, with a current deadline of today, April 6, 2016.   [D.E. 42 & 44].

A final Settlement Agreement has now been circulated and signed by all parties in this case with the exception of one official from the Department of Health and Human Services.  The parties anticipate this last signature will be obtained imminently.  The Parties will file a Joint Motion for Entry of Dismissal as soon as the last signature is obtained.

1

<table>
<tr><td>Dated: April 6, 2016</td><td>/s Ryon M. McCabe<br>Ryon M. McCabe,<br>Fla. Bar No. 009075<br>rmccabe@mccaberabin.com<br>e-filing@mccaberabin.com<br>**MCCABE RABIN, P.A.**<br>1601 Forum Place, Suite 505<br>West Palm Beach, FL 33401<br>Telephone: 561.659.7878<br><br>Bruce E. Reinhart, Fla. Bar No. 10762<br>breinhart@mcdonaldhopkins.com<br>**MCDONALD HOPKINS, LLC**<br>505 S. Flagler Drive, Suite 300<br>West Palm Beach, FL 33401<br>*Counsel for Relator Rosa Gomez*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of a Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Ryon M. McCabe
Ryon M. McCabe
Fla. Bar No. 009075

SERVICE LIST

United States of America, ex rel.
Rosa Gomez, et al.
v.
Florida Pain Medicine Associates, Inc., et al.

U.S. District Court, Southern District of Florida
No. 13-80856-CIV-RNS

Franklin G. Monsour, Jr.
Franklin.monsour@usdoj.gov
US Attorney's Office
Criminal Division
99 N.E. 4th Street, Ste. 300
Miami, FL 33132
Counsel for USA

Anthony C. Vitale
avitale@vitalehealthlaw.com
The Health Law Offices of Anthony C. Vitale, P.A.
Law Center at Brickell Bay
2333 Brickell Avenue, Suite A-1
Miami, Florida 33129
Counsel for Defendants

Ryon M. McCabe
rmccabe@mccaberabin.com
e-filing@mccaberabin.com
Robert C. Glass
rglass@mccaberabin.com
McCabe Rabin, P.A.
1601 Forum Place, Ste. 505
West Palm Beach, FL 33401
Co-Counsel for Relator

Bruce E. Reinhart
breinhart@mcdonaldhopkins.com
McDonald Hopkins, LLC
505 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401
Co-Counsel for Relator